ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
JOHN J. PRAGER (State Bar No. 289610)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGRICULTURAL MANAGEMENT AND PRODUCTION COMPANY, INC., and ROBERT SMYTHE,<br><br>Defendants, | Case No.<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA"), by and through its counsel, hereby alleges:

## I.   JURISDICTION AND VENUE

1.     This is a civil suit brought under the citizen suit enforcement provisions of the Federal Water Pollution Control Act, 33 U.S.C. Section 1251, *et seq*. (the "Clean Water Act" or "the Act") against Agricultural Management and Production Company, Inc. and Robert Smythe (hereinafter "Defendants").  This Court has subject matter jurisdiction over the parties and the subject matter of this action pursuant to Section 505(a)(1)(A) of the Act, 33 U.S.C. § 1365(a)(1)(A), and 28 U.S.C. § 1331 (an action arising under the laws of the United States). The relief requested is authorized pursuant to 28 U.S.C. § 2201-02 (power to issue

COMPLAINT

1

1. declaratory relief in case of actual controversy and further necessary relief based on such a declaration), 33 U.S.C. §§ 1319(b), 1365(a) (injunctive relief), and 33 U.S.C. § 1319(d), 1365(a) (civil penalties).

2. On or about August 6, 2014, Plaintiff provided notices of Defendants' violations of the Act, and of its intention to file suit against Defendants, to the Administrator of the United States Environmental Protection Agency ("EPA"); the Administrator of EPA Region IX; the Executive Director of the State Water Resources Control Board ("State Board"); the Executive Officer of the Regional Water Quality Control Board, Central Valley Region ("Regional Board"); and to Defendants, as required by the Act, 33 U.S.C. § 1365(b)(1)(A).  A true and correct copy of CSPA's notice letter is attached as **Exhibit A** and is incorporated by reference.

3. More than sixty days have passed since these notices were served on Defendants and the State and federal agencies.  Plaintiff is informed and believes, and thereupon alleges, that neither the EPA nor the State of California has commenced nor is diligently prosecuting a court action to redress the violations alleged in this complaint.  This action's claim for civil penalties is not barred by any prior administrative penalty under Section 309(g) of the Act, 33 U.S.C. § 1319(g).

4. Venue is proper in the Eastern District of California pursuant to Section 505(c)(1) of the Act, 33 U.S.C. § 1365(c)(1), because the sources of the violations are located within this judicial district.  Pursuant to Local Rule 120(d), intra-district venue is proper in Sacramento, California because the sources of the violations are located within Shasta County.

## II.   INTRODUCTION

5. This complaint seeks relief for Defendants' ongoing failure to obtain a National Pollution Discharge Elimination System ("NPDES") permit for the Afterthought mine facility ("the Facility").

6. The Facility discharges polluted surface water through numerous discharge points into Little Cow Creek, which is a tributary to the Sacramento River, and the

1    Sacramento - San Joaquin Delta, in violation of the Clean Water Act.

2    7.    The Facility is owned and/or operated by Defendants Agricultural Production and Management Co, Inc. and Robert Smythe.  The Facility is located at Sections 10, 11 & 15, T33N, R2W, MDM, 24 miles East of Redding, California in Shasta County. The parcel numbers for the Facility are 097050019000 and 097040016000.

### III.   PARTIES

8.    Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA") is a non-profit public benefit corporation organized under the laws of the State of California with its main office in Stockton, California. CSPA has approximately 2,000 members who live, recreate and work in and around waters of the State of California, including Little Cow Creek, the Sacramento River, and the Sacramento – San Joaquin Delta. CSPA is dedicated to the preservation, protection, and defense of the environment, and the wildlife and the natural resources of all waters of California.  To further these goals, CSPA actively seeks federal and state agency implementation of the Act and other laws and, where necessary, directly initiates enforcement actions on behalf of itself and its members.

9.    Members of CSPA reside in California and use and enjoy California's numerous rivers for recreation and other activities.  Members of CSPA use and enjoy the waters of Little Cow Creek, the Sacramento River, and the Sacramento – San Joaquin Delta, into which Defendants have caused, are causing, and will continue to cause, pollutants to be discharged.  Members of CSPA use these areas to fish, sail, boat, kayak, swim, birdwatch, view wildlife and engage in scientific study, including monitoring activities, among other things.  Defendants' discharges of pollutants threaten or impair each of those uses or contribute to such threats and impairments.  Thus, the interests of CSPA's members have been, are being, and will continue to be adversely affected by Defendants' ongoing failure to comply with the Clean Water Act.  The relief sought herein will redress the harms to Plaintiff caused by Defendants' activities.

10.    Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiff and the citizens of the State of California, for which harm they have

COMPLAINT

3

no plain, speedy or adequate remedy at law.

11. Plaintiff is informed and believes, and thereupon alleges that Defendant Agricultural Management and Production Company, Inc. is a corporation organized under the laws of the State of Nevada and is the owner/operator of the Facility.

12. Plaintiff is informed and believes, and thereupon alleges, that Defendant Robert Smythe is the owner/operator of Agricultural Management and Production Co, Inc. and the Facility.

## IV.   STATUTORY BACKGROUND

13. Section 301(a) of the Act, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant into waters of the United States, unless such discharge is in compliance with various enumerated sections of the Act.  Under the Act, it is unlawful to discharge pollutants from a "point source" to navigable waters without obtaining and complying with a permit governing the quantity and quality of discharges.  *Trustees for Alaska v. EPA*, 749 F.2d 549, 553 (9th Cir. 1984).

14. The term "discharge of pollutants" means "any addition of any pollutant to navigable waters from any point source."  33 U.S.C. § 1362(12).  Pollutants are defined to include, among other examples, industrial waste, chemical wastes, biological materials, heat, rock, and sand discharged into water.  33 U.S.C. § 1362(6).

15. A point source is defined as "any discernable, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, [or] conduit . . . from which pollutants are or may be discharged."  33 U.S.C. § 1362(14).

16. "Navigable waters" means "the waters of the United States."  33 U.S.C. § 1362(7).  Waters of the United States include tributaries to waters that are navigable in fact. Waters of the United States include man-made water bodies that are tributary to waters that are navigable in fact.  Waters of the United States include ephemeral waters that are tributary to waters that are navigable in fact.

17. Section 505(a)(1) and Section 505(f) of the Act provide for citizen enforcement actions against any "person," including individuals, corporations, or

COMPLAINT

4

partnerships, for violations of NPDES permit requirements and for unpermitted discharges of pollutants.  33 U.S.C. §§1365(a)(1) and (f), § 1362(5).  An action for injunctive relief under the Act is authorized by 33 U.S.C. § 1365(a).  Violators of the Act are also subject to an assessment of civil penalties of up to $37,500 per day for violations occurring after January 12, 2009, pursuant to Sections 309(d) and 505 of the Act, 33 U.S.C. §§ 1319(d), 1365 and 40 C.F.R. §§ 19.1 - 19.4.

## V.     STATEMENT OF FACTS

18.     The Facility falls under Standard Industrial Classification ("SIC") Code 1021 ("Copper Ores").

19.     The Facility discharges pollutants, including arsenic, cadmium, copper, iron, mercury and zinc, from numerous point sources to Little Cow Creek, which is tributary to the Sacramento River, and the Sacramento - San Joaquin Delta.

20.     Little Cow Creek, the Sacramento River, and the Sacramento - San Joaquin Delta are waters of the United States within the meaning of the Clean Water Act.

21.     Storm water discharged from the facility is harmful to fish, plant and bird life, in and around the receiving waters.

22.     Under Section 301(a) of the Act, Defendants have a duty to apply for an NPDES permit for the Facility, as the Facility discharges pollutants into navigable waters.

23.     At all times relevant herein, Defendants have failed to apply for or maintain a current NPDES permit for discharges of pollutants from the Facility.

24.     Plaintiff is informed and believes, and thereupon alleges, that all of the violations alleged in this Complaint are ongoing and continuous.

## VI.    CLAIMS FOR RELIEF
### FIRST CAUSE OF ACTION
**Discharge of Pollutants from the Facility in Violation of the Act**
**(Violations of 33 U.S.C. §§ 1311(a), 1342)**

25.     Plaintiff incorporates the allegations contained in the above paragraphs as though fully set forth herein.

COMPLAINT

26. Section 301(a) of the Clean Water Act prohibits "the discharge of any pollutants by any person . . ." except as in compliance with various sections of the Act. 33 U.S.C. § 1311(a).

27. Under the Act, it is unlawful to discharge pollutants from a "point source" to navigable waters without obtaining and complying with a permit governing the quantity and quality of discharges. The duty to apply for a permit extends to "[a]ny person who discharges or proposes to discharge pollutants. . . ." 40 C.F.R. § 122.30(a).

28. Plaintiff is informed and believes, and thereupon alleges that Defendants discharge pollutants from point sources at the Facility to Little Cow Creek, which is tributary to the Sacramento River, and the Sacramento - San Joaquin Delta without a permit in violation of the Act.

29. Every day Defendants have discharged and continue to discharge pollutants to Waters of the United States from the Facility without a permit and in violation of the Act is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a). These violations are ongoing and continuous.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## **RELIEF REQUESTED**

Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

a. Declare Defendants to have violated and to be in violation of the Act as alleged herein;

b. Enjoin Defendants from discharging pollutants from the Facility and to the surface waters surrounding and downstream from the Facility;

c. Order Defendants to pay civil penalties of $37,500 per day per violation for all violations occurring after January 12, 2009, for each violation of the Act pursuant to Sections 309(d) and 505(a) of the Act, 33 U.S.C. §§ 1319(d) and 1365(a) and 40 C.F.R. §§ 19.1 - 19.4 (pp. 200-202) (Dec. 31, 1996);

d. Order Defendants to take appropriate actions to restore the quality of navigable waters impaired by their activities;

COMPLAINT

e. Award Plaintiff's costs (including reasonable attorney, witness, and consultant fees) as authorized by the Act, 33 U.S.C. § 1365(d); and,

f. Award any such other and further relief as this Court may deem appropriate.

Dated: October 6, 2014              Respectfully Submitted,

                                                      LAW OFFICES OF ANDREW L. PACKARD

                                                      By:   /s/ Andrew L. Packard
                                                              Andrew L. Packard
                                                              Attorneys for Plaintiff
                                                              CALIFORNIA SPORTFISHING
                                                              PROTECTION ALLIANCE

**EXHIBIT A**



August 6, 2014

VIA CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Robert Smythe, Manager
Agricultural Management and
Production Co, Inc.
14820 Fern Road
Whitmore, CA 96096

Robert Smythe, Manager
Agricultural Management and
Production Co, LLC
9120 Double Diamond Parkway
Reno, NV 89521

Robert Smythe, Manager
Agricultural Management and
Production Co, Inc.
14824 Fern Road
Whitmore, CA 96096

Robinson Smythe, Manager
Agricultural Management and
Production Co, LLC
9120 Double Diamond Parkway
Reno, NV 89521

Laughlin Associates, Inc.
Registered Agent for Service of Process
Agricultural Management and
Production Co, Inc.
9120 Double Diamond Parkway
Reno, NV 89521

**Re:   <u>Notice of Violations and Intent to File Suit Under the Federal Water
       Pollution Control Act</u>**

Dear Mssrs. Smythe and Smythe:

      I am writing on behalf of the California Sportfishing Protection Alliance ("CSPA") in regard to violations of the Clean Water Act ("the Act") occurring at Agricultural Management and Production Co's ("Agricultural Management") Afterthought Mine facility located at Sections 10, 11 & 15, T33N, R2W, MDM, 24 miles East of Redding, California ("the Facility"). The Parcel numbers for the Facility are 097050019000 and 097040016000. CSPA is a non-profit public benefit corporation dedicated to the preservation, protection and defense of the environment, wildlife and natural resources of California waters, including Little Cow Creek, the Sacramento River,

the Sacramento – San Joaquin Delta and other California waters.  This letter is being sent to you as the responsible owner, officer, or operator of the Facility.  Unless otherwise noted Agricultural Management and Production Co., Robert Smythe and Robinson Smythe shall hereinafter be collectively referred to as "Agricultural Management."

This letter addresses Agricultural Management's unlawful discharges of pollutants from the Facility to natural and constructed channels, which convey that storm water to Little Cow Creek, which flows into the Sacramento River and the Sacramento - San Joaquin Delta.  This letter addresses the ongoing violations of the substantive and procedural requirements of the Clean Water Act and National Pollutant Discharge Elimination System ("NPDES").  Section 505(b) of the Clean Water Act provides that sixty (60) days prior to the initiation of a civil action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen must give notice of intent to file suit.  Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the State in which the violations occur.

As required by the Clean Water Act, this Notice of Violation and Intent to File Suit provides notice of the violations that have occurred, and continue to occur, at the Facility.  Consequently, Agricultural Management is hereby placed on formal notice by CSPA that, after the expiration of sixty (60) days from the date of this Notice of Violation and Intent to File Suit, CSPA intends to file suit in federal court against Agricultural Management under Section 505(a) of the Clean Water Act (33 U.S.C. § 1365(a)), for violations of the Clean Water Act.  These violations are described more fully below.

### I.   Agricultural Management Is Violating the Act by Discharging Pollutants From the Facility to Waters of the United States Without a Permit.

Under the Act, it is unlawful to discharge pollutants from a "point source" to navigable waters without obtaining and complying with a permit governing the quantity and quality of discharges.  *Trustees for Alaska v. EPA*, 749 F.2d 549, 553 (9th Cir. 1984).  Section 301(a) of the Clean Water Act prohibits "the discharge of any pollutants by any person . . ." except as in compliance with, among other sections of the Act, Section 402, the NPDES permitting requirements.  33 U.S.C. § 1311(a).  The duty to apply for a permit extends to "[a]ny person who discharges or proposes to discharge pollutants. . . ." 40 C.F.R. § 122.30(a).

The term "discharge of pollutants" means "any addition of any pollutant to navigable waters from any point source."  33 U.S.C. § 1362(12).  Pollutants are defined to include, among other examples, a variety of metals, chemical wastes, biological materials, heat, rock, and sand discharged into water.  33 U.S.C. § 1362(6).  A point source is defined as "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, [or] conduit . . . from which pollutants are or may be discharged."  33 U.S.C. § 1362(14).  An industrial facility that discharges pollutants into a navigable water is subject to regulation as a "point source" under the

Clean Water Act.  *Comm. to Save Mokelumne River v. East Bay Mun. Util. Dist.*, 13 F.3d 305, 308 (9th Cir. 1993).  "Navigable waters" means "the waters of the United States." 33 U.S.C. § 1362(7).  Navigable waters under the Act include man-made water bodies and any tributaries or waters adjacent to other waters of the United States.  *See Headwaters, Inc. v Talent Irrigation Dist.*, 243 F.3d 526, 533 (9th Cir. 2001).

The Facility is located at Sections 10, 11 & 15, T33N, R2W, MDM, 24 miles East of Redding, California, parcel numbers 097050019000 and 097040016000.  The Facility falls under Standard Industrial Classification ("SIC") Code 1021 ("Copper Ores").  The Facility's discharges include arsenic, cadmium, copper, iron, mercury, and zinc.

Agricultural Management discharges these pollutants from the Facility through numerous discharges points from adits, and horizontal shafts into Little Cow Creek, the Sacramento River, and the Sacramento - San Joaquin Delta without a valid NPDES permit. Little Cow Creek, the Sacramento River, and Sacramento - San Joaquin Delta are waters of the United States.  Accordingly, Agricultural Management's discharges of water containing pollutants from the Facility are discharges to waters of the United States.

CSPA is informed and believes, and thereupon alleges, that Agricultural Management has the duty to apply for an NPDES permit, as it discharges pollutants from the Facility into navigable waters.  Agricultural Management has failed to meet this duty, and has not applied for a current NPDES permit, violating Section 301(a) of the Act. Agricultural Management has discharged, and continues to discharge, pollutants from the Facility to waters of the United States every day through groundwater seepage and every day that that there has been or will be any measurable discharge of storm water from the Facility without a permit since Aug 1, 2009, including but not limited to the dates set forth on Attachment A hereto.  Each discharge on each separate day is a separate violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).

These unlawful discharges are ongoing.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Agricultural Management is subject to penalties for violations of the Act since August 6, 2009.

## II.     Persons Responsible for the Violations.

CSPA puts Agricultural Management and Production Co., Robert Smythe and Robinson Smythe on notice that they are the persons responsible for the violations described above.  If additional persons are subsequently identified as also being responsible for the violations set forth above, CSPA puts Agricultural Management and Production Co., Robert Smythe and Robinson Smythe on formal notice that it intends to include those persons in this action.

### III.     Name and Address of Noticing Party,

California Sportfishing Protection Alliance, Bill Jennings, Executive Director; 3536 Rainier Avenue, Stockton, CA 95204; Phone: (209) 464-5067.

### IV.     Counsel.

CSPA has retained legal counsel to represent it in this matter.  Please direct all communications to:

Andrew L. Packard
Megan Truxillo
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel. (707) 763-7227
Email: Andrew@PackardLawOffices.com

### V.     Penalties.

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation (40 C.F.R. § 19.4) each separate violation of the Act subjects Agricultural Management and Production Co and Robert Smythe to a penalty of up to $37,500 per day per violation for all violations occurring during the period commencing five years prior to the date of this Notice of Violations and Intent to File Suit.  In addition to civil penalties, CSPA will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law.  Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)), permits prevailing parties to recover costs and fees, including attorneys' fees.

CSPA believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  We intend to file a citizen suit under Section 505(a) of the Act against Agricultural Management and Production Co and Robert Smythe and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

Bill Jennings, Executive Director
California Sportfishing Protection Alliance

## **SERVICE LIST**

Gina McCarthy, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Jared Blumenfeld
Administrator, U.S. EPA – Region 9
75 Hawthorne Street
San Francisco, CA, 94105

Eric Holder
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Thomas Howard, Executive Director
State Water Resources Control Board
1001 I Street Sacramento, CA 95814
P.O. Box 100
Sacramento, CA 95812-0100

Pamela Creedon, Executive Officer
Region 5 - Central Valley Region
Regional Water Quality Control Board
11020 Sun Center Drive #200
Rancho Cordova, CA 95670-6114

**ATTACHMENT A**
**Notice of Intent to File Suit, Agricultural Management & Production Co**
**Significant Rain Events,* August 5, 2009 – August 5, 2014**

| | | | |
|---|---|---|---|
| September 1, 2009 | February 11, 2010 | November 1, 2010 | March 5, 2011 |
| September 14, 2009 | February 12, 2010 | November 7, 2010 | March 6, 2011 |
| October 13, 2009 | February 20, 2010 | November 9, 2010 | March 10, 2011 |
| October 14, 2009 | February 23, 2010 | November 10, 2010 | March 13, 2011 |
| October 16, 2009 | February 24, 2010 | November 20, 2010 | March 15, 2011 |
| October 20, 2009 | February 26, 2010 | November 21, 2010 | March 16, 2011 |
| November 6, 2009 | February 27, 2010 | November 22, 2010 | March 18, 2011 |
| November 7, 2009 | March 2, 2010 | November 23, 2010 | March 19, 2011 |
| November 17, 2009 | March 3, 2010 | November 27, 2010 | March 20, 2011 |
| November 18, 2009 | March 9, 2010 | December 2, 2010 | March 22, 2011 |
| November 20, 2009 | March 12, 2010 | December 4, 2010 | March 23, 2011 |
| November 21, 2009 | March 25, 2010 | December 5, 2010 | March 24, 2011 |
| December 11, 2009 | March 29, 2010 | December 6, 2010 | March 25, 2011 |
| December 12, 2009 | March 30, 2010 | December 8, 2010 | March 26, 2011 |
| December 15, 2009 | March 31, 2010 | December 9, 2010 | March 27, 2011 |
| December 16, 2009 | April 2, 2010 | December 10, 2010 | March 28, 2011 |
| December 20, 2009 | April 4, 2010 | December 13, 2010 | April 16, 2011 |
| December 21, 2009 | April 11, 2010 | December 14, 2010 | April 18, 2011 |
| December 27, 2009 | April 12, 2010 | December 17, 2010 | April 19, 2011 |
| December 29, 2009 | April 13, 2010 | December 18, 2010 | April 20, 2011 |
| January 1, 2010 | April 14, 2010 | December 19, 2010 | April 21, 2011 |
| January 12, 2010 | April 20, 2010 | December 20, 2010 | April 23, 2011 |
| January 13, 2010 | April 21, 2010 | December 21, 2010 | April 24, 2011 |
| January 17, 2010 | April 27, 2010 | December 22, 2010 | May 15, 2011 |
| January 18, 2010 | April 28, 2010 | December 25, 2010 | May 16, 2011 |
| January 19, 2010 | May 10, 2010 | December 26, 2010 | May 17, 2011 |
| January 20, 2010 | May 19, 2010 | December 28, 2010 | May 18, 2011 |
| January 21, 2010 | May 25, 2010 | December 29, 2010 | May 23, 2011 |
| January 22, 2010 | May 26, 2010 | January 1, 2011 | May 25, 2011 |
| January 23, 2010 | May 27, 2010 | January 11, 2011 | May 28, 2011 |
| January 24, 2010 | June 3, 2010 | January 13, 2011 | May 29, 2011 |
| January 25, 2010 | June 4, 2010 | January 29, 2011 | May 31, 2011 |
| January 26, 2010 | August 28, 2010 | January 30, 2011 | June 1, 2011 |
| January 30, 2010 | September 8, 2010 | February 14, 2011 | June 2, 2011 |
| February 1, 2010 | September 9, 2010 | February 15, 2011 | June 6, 2011 |
| February 3, 2010 | September 20, 2010 | February 16, 2011 | June 7, 2011 |
| February 4, 2010 | October 5, 2010 | February 17, 2011 | June 28, 2011 |
| February 5, 2010 | October 8, 2010 | February 18, 2011 | June 29, 2011 |
| February 6, 2010 | October 23, 2010 | February 19, 2011 | August 29, 2011 |
| February 7, 2010 | October 24, 2010 | February 24, 2011 | October 4, 2011 |
| February 8, 2010 | October 28, 2010 | February 25, 2011 | October 5, 2011 |
| February 9, 2010 | October 29, 2010 | March 2, 2011 | October 6, 2011 |

**ATTACHMENT A**
**Notice of Intent to File Suit, Recology Inc.**
**Significant Rain Events,* July 21, 2009 – July 21, 2014**

| | | | |
|---|---|---|---|
| October 10, 2011 | March 31, 2012 | December 17, 2012 | January 11, 2014 |
| October 11, 2011 | April 1, 2012 | December 20, 2012 | January 29, 2014 |
| November 21, 2011 | April 2, 2012 | December 21, 2012 | February 6, 2014 |
| November 22, 2011 | April 4, 2012 | December 22, 2012 | February 7, 2014 |
| November 23, 2011 | April 13, 2012 | December 23, 2012 | February 8, 2014 |
| November 24, 2011 | April 14, 2012 | December 25, 2012 | February 9, 2014 |
| November 25, 2011 | April 15, 2012 | December 26, 2012 | February 12, 2014 |
| January 20, 2012 | April 29, 2012 | January 9, 2013 | February 13, 2014 |
| January 21, 2012 | May 2, 2012 | January 23, 2013 | February 15, 2014 |
| January 22, 2012 | May 3, 2012 | February 7, 2013 | February 26, 2014 |
| January 23, 2012 | May 4, 2012 | March 6, 2013 | February 27, 2014 |
| January 26, 2012 | May 5, 2012 | March 7, 2013 | February 28, 2014 |
| February 1, 2012 | May 7, 2012 | March 20, 2013 | March 1, 2014 |
| February 8, 2012 | September 5, 2012 | March 31, 2013 | March 2, 2014 |
| February 11, 2012 | October 22, 2012 | April 4, 2013 | March 3, 2014 |
| February 12, 2012 | October 24, 2012 | April 5, 2013 | March 4, 2014 |
| February 13, 2012 | October 31, 2012 | April 6, 2013 | March 5, 2014 |
| February 29, 2012 | November 1, 2012 | April 7, 2013 | March 6, 2014 |
| March 1, 2012 | November 16, 2012 | April 8, 2013 | March 9, 2014 |
| March 2, 2012 | November 17, 2012 | August 7, 2013 | March 10, 2014 |
| March 14, 2012 | November 20, 2012 | August 8, 2013 | March 25, 2014 |
| March 15, 2012 | November 21, 2012 | August 9, 2013 | March 26, 2014 |
| March 16, 2012 | November 28, 2012 | August 10, 2013 | March 27, 2014 |
| March 17, 2012 | November 29, 2012 | August 11, 2013 | March 28, 2014 |
| March 22, 2012 | November 30, 2012 | August 12, 2013 | March 29, 2014 |
| March 23, 2012 | December 1, 2012 | August 13, 2013 | March 30, 2014 |
| March 24, 2012 | December 2, 2012 | August 14, 2013 | March 31, 2014 |
| March 25, 2012 | December 4, 2012 | September 30, 2013 | April 1, 2014 |
| March 26, 2012 | December 5, 2012 | November 18, 2013 | April 25, 2014 |
| March 27, 2012 | December 11, 2012 | November 19, 2013 | May 8, 2014 |
| March 28, 2012 | December 12, 2012 | November 20, 2013 | |
| March 29, 2012 | December 15, 2012 | December 7, 2013 | |
| March 30, 2012 | December 16, 2012 | December 9, 2013 | |

* Dates gathered from publicly available rain and weather data collected at stations located near the Facility.