ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGRICULTURAL MANAGEMENT AND PRODUCTION COMPANY, INC., and ROBERT SMYTHE,<br><br>Defendants. | **Case No. 2:14−CV−02328−KJM−AC**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants in the above-captioned action, stipulate as follows:

WHEREAS, on or about August 6, 2014, CSPA provided Defendants with Notices of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on October 6, 2014, CSPA filed its Complaint against Defendants in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letters;

WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letters and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 17 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through August 6, 2019, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated: September 9, 2016        Respectfully submitted,

LAW OFFICES OF ANDREW L. PACKARD

By: /s/ Andrew L. Packard_____
Andrew L. Packard
Attorneys for Plaintiff

Dated: September 9, 2016        BONNIE BAKER, ATTORNEY AT LAW

By: /s/ Bonnie Baker
Bonnie Baker
Attorneys for Defendants

**ORDER**

Good cause appearing, and the court APPROVES the parties' stipulation to dismiss plaintiff California Sportfishing Protection Alliance's claims against defendants Agricultural Management and Production Company, Inc., and Robert Smythe with prejudice under Federal Rule of Civil Procedure 41(a)(2). While the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993), in this case the court understands the parties engaged in significant settlement discussions with the assigned magistrate judge prior to ultimately settling according to terms of their Consent Agreement. Although the parties have not consented to magistrate judge jurisdiction, this court will in this case make an exception and RETAIN jurisdiction to enforce the terms of settlement through August 6, 2019. In the event a motion to enforce terms of the Consent Agreement is filed, the court anticipates referring the matter to the magistrate judge for initial review and preparation of findings and recommendations.

IT IS SO ORDERED.

Dated: September 13, 2016.

_____
UNITED STATES DISTRICT JUDGE